UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARGARET KINSEL, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-09-134 |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**

On April 2, 2010, United States Magistrate Judge Brian L. Owsley signed a memorandum and recommendation recommending that defendant's cross-motion for summary judgment (D.E. 7) be denied, that plaintiff's cross-motion for summary judgment (D.E. 10) be granted, and that the case be remanded to the Social Security Administration for further proceedings consistent with the memorandum and recommendation.

Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the memorandum and recommendation as the decision of the Court. Accordingly, it is

ORDERED that defendant's cross-motion for summary judgment is denied, plaintiff's cross-motion for summary judgment is granted, and the case is remanded to the Social Security Administration for further proceedings consistent with the memorandum and recommendation

SIGNED and ORDERED this 19th day of April, 2010.

_____
Janis Graham Jack
United States District Judge